UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

BYRON GERALD PETERS                          CASE NO. 09-14756
ANN MARIE PETERS                             CHAPTER 7
       DEBTOR(S).

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

   Claim #3 of City Utilities
   Account number: 01000601-0021003
   Claimed amount: $356.15
   Pro rata distribution: $1.87

   Claim # 14 of Rosswurm HVAC
   Account number:
   Claimed amount: $787.73
   Pro rata distribution: $4.14

   Claim #20 of Fort Wayne City Utilities
   Account number: 09-41940
   Claimed amount: $127.53
   Pro rata distribution: $0.67

   **TOTAL AMOUNT OF ALL CLAIMS: $14.61**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: March 22, 2011	/s/ Mark A. Warsco
Mark A. Warsco, Trustee
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 469-0256
e-mail: bankruptcy@rlwlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 22, 2011:

MARTIN E. SEIFERT
dhall@hallercolvin.com

Office, U.S. Trustee
USTPREGION10.SO.ECF@USDOJ.GOV

City Utilities
1 E Main St rm 270
Fort Wayne, IN 46802

Rosswurm HVAC
c/o J. Robert Morgan
JOHNSON, MORGAN & WHITE
6800 Broken Sound Parkway
Boca Raton, FL 33487-2788

Ft Wayne City Utilities
c/o Snow&Sauerteig
203 E Berry St Ste 1310
Ft Wayne, In 46802

/s/  Mark A. Warsco
Mark A. Warsco, Trustee